# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Michael E. McGlothin<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:18-cv-52<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Report and Recommendations is ADOPTED in full; Commissioner's non-disability finding is vacated; REMANDED to the Social Security Administration under sentence 4 of 42 U.S.C. § 405(g); case is terminated on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations.

Date: 5/22/2019

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk